THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD PITTS, Appellant, v JOSEPH McCoy, as Superintendent of Cayuga Correctional Facility, Respondent.

Submitted April 23, 2007; decided June 7, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

In the Matter of JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

Submitted May 7, 2007; decided June 7, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the orders appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD WALSH, Appellant, v CAROL B. WOUGHTER, Respondent.

Submitted May 14, 2007; decided June 7, 2007

Motion to strike denied.

AMANDA S. RITZ, Appellant, v MICHAEL D. RITZ, Respondent.

Submitted April 2, 2007; decided June 7, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.